Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
Phone: 302-260-4024
Email: cynthiarenee@msn.com
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CYNTHIA BLEDSOE, | CASE NO.: |
|---|---|
| Plaintiff, | SACV13-00175 JVS(JPRx) |
| v. | |
| CACH, LLC, PAUL A. LARKINS | FDCPA AND FRAUD COMPLAINT. |
| Defendants. | DEMAND FOR JURY TRIAL. |

## COMPLAINT

Plaintiff, Cynthia Bledsoe, individually, hereby sues Defendants, Cach, LLC and Paul A. Larkins. for violations of the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692(e)(2), 1692f, 1692(f)(1) and 15 U.S.C. § 1692g(b).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692(e)(2), § 1692f, and § 1692g(b).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendants, and intends to propound discovery to Defendants identifying these violations.

3. Plaintiff sent numerous debt verification to Defendants asking for evidence of any issued of credit or money lent. Defendants ignored the request and continued to enforce the collection activities.

4. Plaintiff contends that the Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect an alleged debt which does not belong to Plaintiff.

5. Plaintiff contents that the Defendants have violated such laws by continuing to collect a debt without first verifying it

## JURISDICTION AND VENUE

6. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(p) and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

7. Venue is proper pursuant to28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transacts business here, and the conduct complained of occurred here.

## PARTIES

8. Plaintiff, Cynthia Bledsoe, is a natural person and is a resident of the State of California.

9. Upon information and belief Defendants, Cach, LLC et. al.are authorized to do business in California.

## FACTUAL ALLEGATIONS

10. Defendants never lent any money to Plaintiff and Plaintiff believes there is no evidence to the contrary.

11. Plaintiff never signed a Note or Contract, exhibiting all the necessary requirements of a contract by operation of law for the debt allegedly owed to the Defendants and Plaintiff believes there is no evidence to the contrary.

12. Defendants have failed to disclose origin of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

13. Defendants have failed to disclose history or provenance of any loan or money lent and Plaintiff believes there is no evidence to the contrary.

14. Defendants have never produced evidence that they loaned United States Dollars as required by Federal Law and United States Treasury Regulations. This failure or omission or even negligent behavior is an illegal act. Plaintiff never saw any money and is unaware of any

contract for loan proceeds that exists between Plaintiff and Defendants and Plaintiff believes there is no evidence to the contrary.

15. On January 11th, 2013, Plaintiff sent a first request, asking Defendants to verify the alleged debt via USPS certified mail number # 7008 2810 0001 7994 6882. Defendants received such request and ignored Plaintiff and the law. See Exhibit P1.

16. On January 18th, 2013, Plaintiff sent a second request, asking Defendants to verify the alleged debt via USPS certified mail number # 7012 2210 0001 9023 0341. Defendants received such request and ignored Plaintiff and the law. See Exhibit P2.

17. On January 28th, 2013, Plaintiff sent a third request, asking Defendants to verify the alleged debt via USPS certified mail number # 7008 2810 0001 7995 6133. Defendants received such request and ignored Plaintiff and the law. See Exhibit P3.

18. Defendants received three requests for validation of debt, see Exhibit P1. Defendants ignored the request and continued the collection activities in suing Plaintiff in state court. Defendant has violated 15 U.S.C. §1692.

## COUNT I

**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS, CACH, LLC ET. AL.**

19. Plaintiff alleges and incorporates the information in paragraphs 1 through 18.

20. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3)

21. Defendants, Cach, LLC et. al.are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

22. Defendant, Paul A. Larkins is the Chief Executive Officer of Cach, LLC. who is in charged of the daily collection activities of Cach, LLC. Defendant knew the law and allowed his employees to undermine and violate the law, causing a breach in his fiduciary duties to the company.

23. Defendantsviolated the FDCPA statute. Defendants' violations include, but are not limited to, the following:

　(a) Defendants violated 15 U.S.C. §1692e(2)by falsifying the character, amount and legal status of the alleged debt.

(b) Defendants violated 15 U.S.C. §1692f by conducting an unfair and unconscionable means to collect or attempt to collect the alleged debt that does not belong to consumer.

(c) Defendants violated 15 U.S.C. §1692f(1) by the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) without an expressly authorized agreement creating the debt or as permitted by law.

(d) Defendants continued collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities, in violation of 15 U.S.C.§1692g(b).

**WHEREFORE,** Plaintiff demands judgment for damages against Defendants, Cach, LLC et. al., for statutory damages, punitive damages, actual damages that would include any adverse ruling in state court, and attorney's fees and costs, pursuant to 15 U.S.C. § 1692.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 1st of February, 2013.

*Cynthia Bledsoe* (signature)

Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
Phone: 302-260-4024
Plaintiff, Pro Se

Exhibit P1

Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606

# DEMAND FOR VALIDATION OF DEPOSIT OF ALLEGED LOAN/CREDIT TO CURE DEFECT IN CLAIM / SETTLEMENT OFFER

1 February 2013

NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### 3rd DEMAND WRITING

To:

    **Mr. Nathaniel Clark, Esq**
    c/o Mandarich Law Group
    6301 Owensmouth Avenue – Suite 850
    Woodland Hills, CA 91367

Re:    Demand to Cure Defect in Plaintiff's Claim

Ref.:    CACH, LLC vs. CYNTHIA BLEDSOE
       Superior Court of the State of CA, County of Orange, Case No. 30-2011-00471915

Dear Mr. Clark,

<u>This is my third attempt in communicating with you.</u>

<u>I demand PROOF/EVIDENCE Plaintiff made a "loan" or "issued credit" from its own assets to me establishing itself as a "Creditor." Your client's claim is **defective** on its face as I know no such proof/evidence exists.</u>

I look forward to receiving a Declaration in Lieu of Personal Testimony or any Declaration filed into the courts and signed by you under **Penalty of Perjury**. Should you choose to sign such a document, please take NOTICE you will be committing PERJURY as no such proof/evidence exists.

**WITH THIS WRITING, I GIVE NOTICE AND DEMAND PROOF OF PLAINTIFF'S ACCOUNT THAT FUNDED / ORIGINATED THE ALLEGED "LOAN" OR "ISSUED CREDIT" AND CURE THE DEFECT THAT EXISITS IN YOUR CLAIM.** Please be sure to sign your response under pains and penalties of perjury (28 U.S.C. § 1746).

Your continued failure, refusal, neglect and/or silence[1] to cure the existing defect and my **proof** you have <u>not answered</u> my requests, could be construed as proof by a Jury the Plaintiff **NEVER** "Issued Credit" especially after multiple demands that I will be delivering to you. **By not curing the defect, the Plaintiff can have NO LEGAL STANDING to sue, ASIDE FROM A POSSIBLE "FRAUD IN THE FACTUM AND/OR ACTS OF EXTORTION."** Furthermore, you are attempting to collect a debt where there is NO PROOF of a "loan" or "Issued Credit" and your ONLY EVIDENCE is that of an account stated! "An account stated cannot create liability where NONE exists." *Trafton v. Youngblood (1968) 69 Cal.2d 17, 26.*

You and/or Plaintiff can choose to EITHER provide this proof/evidence now OR at trail in front of a Jury where you and your witness will be called and asked, under **Penalty of Perjury**, to show on and for the record <u>WHERE</u> in the stack of your alleged evidence you can demonstrate proof Plaintiff provided its own consideration to fund the "issued credit" and be a "creditor."

---

DEMAND FOR VALIDATION OF DEPOSIT OF ALLEGED LOAN/CREDIT TO CURE DEFECT IN CLAIM
Page 1 of 2

**Exhibit P1**

I am enclosing the below settlement offer, as I assert CACH, LLC never made a "loan" or "issued credit" or lent any of its own assets to me, you have no proof to contrary and you will soon fall <u>silence</u>[1] to my demand.

**SETTLEMENT OFFER:**

Send a money order or bank draft, or certified check, for my receiving at the herewith top and prominently displayed address, payable to CYNTHIA BLEDSOE.
  a. The amount you send should equal recoupment sum certain USD $1000.00 for my time in document preparation (with no court filing fees yet) in response to your organization filing the complaint, **AND**
  b. File with the courts an immediate REQUEST FOR DISMISSAL, **AND**
  c. Removing any derogatory information you may have reported with all credit Bureaus.

**I AM WILLING TO RELEASE ANY AND ALL CLAIMS REGARDING YOUR INSTITUTION, PAST, PRESENT, AND FUTURE** without your institution's / organization's having admitted wrongdoing, **FURTHERMORE LET MY SIGNATURE BELOW SERVE AS MY FULL AGREEMENT TO CONFIDENTIALITY WITH REGARDS TO YOUR CLAIM, UPON DEPOSIT OF SAID RECOUPMENT FUNDS.**

There will be NO NEED FOR:
  a. Public disclosure that CACH, LLC provided no "loan" or "issued credit" and is possibly committing acts of extortion;
  b. Year-2013 <u>precedents</u> that others can use;
  c. Added cost of litigation;
  d. Awarded Punitive Damages for <u>willful</u> acts (three to five times the settlement amount), **UNLESS YOUR ORGANIZATION REJECTS MY SETTLEMENT OFFER.**

Foundationally, each writing I send you builds upon the most recent writing. In a court of law you will be required to meet proof with proof; if you do not, I win…and as Plaintiff you carry the burden to establish standing. *Novastar Mortgage, Inc v. Snyder 3:07CV480 (2008)*.

**DEFAULT:**

You have 10-days (ten) to respond to my demand. Failure to produce this document evidencing your account number that funded/originated the alleged "loan" or "issued credit" you allege will be taken as an <u>administrative default</u>, exhausting your remedy/ies, if any, under the <u>Administrative Procedures Act of 1946</u>. Absent the document requested, anyone would have little choice but to conclude that your position constitutes of mere theory and possibility rather than fact; a possible "fraud in the factum and/ or act of extortion".

**My intensions are to lessen your organization's costs by avoiding trial and punitive award for damages by a Jury for willful acts.**

I sign this **DEMAND** on 1 February 2013, and swear that the statements I made are true and correct under the pains and penalties of perjury under the laws of the United States of America and the Laws of the State of California. *28 U.S.C. § 1746, 1.*

Best regards,

*Cynthia Bledsoe* (signature)

Cynthia Bledsoe

---

[1] <u>Silence</u> can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading. *U.S. v. Tweel, 550 F.2d 297 (1977)*.

DEMAND FOR VALIDATION OF DEPOSIT OF ALLEGED LOAN/CREDIT TO CURE DEFECT IN CLAIM
Page 2 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
Cynthia Bledsoe

**DEFENDANTS**
CACH, LLC,
PAUL A. LARKINS

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
92 Corporate Park, #100
Irvine, CA 92606
302-260-4024

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA AND FRAUD COMPLAINT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: SACV13-00175 JVS(JPRx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | DENVER |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Cynthia Dubose_ Date _2-1-13_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CYNTHIA BLEDSOE <br> _Plaintiff_ <br> v. <br> CACH, LLC, <br> PAUL A. LARKINS <br> _Defendant_ | ) SACV 13-00175 JVS (JPRx) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paul A. Larkins
4340 S. Monaco St., 2nd Floor
Denver, CO 80237

Cach, LLC
4340 S. Monaco St., 2nd Floor
Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 21 2013         NANCY INTERIANO
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13-175 JVS (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY