Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
302-260-4024, cynthiarenee@msn.com
Plaintiff, Pro Se

FILED
2013 MAR 25  PM 3: 43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
SANTA ANA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| CYNTHIA BLEDSOE, | CASE NUMBER: SACV 13-00175 JVS (JPRx) |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR VOLUNTARY DISMISSAL** |
| CACH, LLC., PAUL LARKINS, | |
| Defendants. | |

Plaintiff hereby motions the court for a voluntary dismissal without prejudice.

Dated: March 25, 2013

Respectfully Submitted,

*Cynthia Bledsoe*
Cynthia Bledsoe
92 Corporate Park, #100
Irvine, CA 92606
302-260-4024, cynthiarenee@msn.com
Plaintiff, Pro Se

MOTION TO DISMISS

STATE OF CALIFORNIA

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the action;

On  March 2013, I served the foregoing document described as **MOTION TO DISMISS** on the interested parties in the action:

(XXX)  By placing ( ) the original (XXX) a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

**CACH, LLC**
Attn: Paul A. Larkins, President & CEO
**4340 S. Monaco, Second Floor**
**Denver, CO 80237**

(XXX) (BY MAIL): I am "readily familiar" with this offices' practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the stated date of deposit for mailing in affidavit.

(____) (BY PERSONAL SERVICE): I delivered such envelope by hand to the offices of addressee.

(____) (BY FACSIMILE MACHINE): I caused the above-referenced document(s) to be transmitted to the addressee at the following fax number: at the hour of _____ .m. on , 2013.

(XXX)  (State) I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 25, 2013, at Orange, California.